UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, | : : : |
| Plaintiff, | : : |
| v. | : No. 5:16-cv-01764 |
| | : |
| ALL COUNTY EMPLOYMENT SERVICES, INC., | : : : |
| Defendant. | : : |

# **J U D G M E N T**

And now, this 20th day of December, 2016, for the reasons set forth in the accompanying Memorandum Opinion issued this day, **IT IS ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment, ECF No. 28, is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of the Plaintiff in the amount of $160,634.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge